# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **DANIEL BIRD** </br> *Plaintiff* </br> v. </br> **KRONOS SOLAR, LLC; PACKRONOS, LLC** </br> *Defendant* | Civil Action No. 5:24-cv-00513-XR |

## AFFIDAVIT OF SERVICE

I, Jason Wirick , state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 4, 2024, at 2:06 pm. I delivered these documents to Kronos Solar, LLC in Orange County, CA on June 7, 2024 at 7:08 am at 47 Son Bon, Laguna Niguel, CA 92677 by leaving the following documents with David (Refused Last Name) who as Authorized is authorized by appointment or by law to receive service of process for Kronos Solar, LLC.

Summons, PLAINTIFF'S CLASS ACTION COMPLAINT, and Civil Cover Sheet

White Male, est. age 45-54, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.51787555,-117.7027302833
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Jason Wirick , my date of birth is 1/16/1979, and my address is 25 Golden Rain, Aliso Viejo, CA 92656, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>   Orange County                              </u>,
<u>   CA       </u> on <u>   6/10/2024            </u>.

/s/ *Jason Wirick*
_____
Jason Wirick
+1 (949) 973-3479
Certification Number: PSC 6393
Expiration Date: 11/19/2025



Exhibit 1a)