#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF TEXAS
#### SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL BIRD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KRONOS SOLAR, LLC<br><br>AND PACKRONOS, LLC<br><br>Defendants. | Case No. SA-24-CA-00513-XR |

### ORDER

On _____, the Court held a preliminary pretrial conference. At the conference, the Defendant has requested that the Court enter a Rule 502(d) order. As set forth below, the oral motion is granted.

1. This Order shall be applicable to and govern all deposition transcripts and/or videotapes, and documents produced in response to requests for production of documents, answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties in this litigation as well as testimony adduced at trial or during any hearing (collectively "Information").

2. The disclosure of privileged or work-product protected documents, electronically stored information ("ESI") or Information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal

or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

3. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or Information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected Information before production.

Accordingly, it is hereby **ORDERED**:

    The Motion for Entry of a 502(d) Order is **GRANTED**.

**DONE** and **ORDERED** on _____.