IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANIEL BIRD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>KRONOS SOLAR, LLC, PACKRONOS, LLC,<br>*Defendants* | § § § § § § § § § § | SA-24-CV-00513-XR |

## SHOW CAUSE ORDER

On this date, the Court considered the status of this case. On June 28, 2024, the Court ordered the parties to confer and submit (1) a proposed scheduling order and (2) a Rule 26(f) Report by July 29, 2024. ECF No. 7. On August 6, 2024, the parties submitted a Rule 26(f) Report. ECF No. 8. However, the parties have not filed a proposed scheduling order, nor have they requested an extension of time in which to do so.

Therefore, the Court **ORDERS** the parties to submit a proposed scheduling order in compliance with the Court's previous order of June 28, 2024, no later than **August 14, 2024**. **Failure to respond by that date will result in this case being dismissed**.

It is so **ORDERED**.

**SIGNED** this 7th day of August, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE