# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL BIRD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KRONOS SOLAR, LLC<br><br>AND PACKRONOS, LLC<br><br>Defendants. | Case No. SA-24-CA-00513-XR |

## NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, wish to notify the Court that they have reached an agreement to resolve this litigation.

The Parties therefore stipulate to dismiss this action without prejudice, with each party to bear its own fees and costs. The Court will retain jurisdiction to enforce the terms of the parties' agreement and obligations thereunder. The settlement obligations should be finalized within one hundred (100) days, at which point the aforementioned Defendants and Plaintiff will stipulate to dismiss the suit with prejudice.

Dated: **October 3, 2024**

| | |
|---|---|
| /s/ Andrew Roman Perrong<br>Andrew Roman Perrong (W.D. Tex. # 333687)<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>Facsimile: 888-329-0305<br>a@perronglaw.com | /s/ Courtney Jared Bannan, Esquire<br>Licensed to Practice In England and Wales<br>Solicitor - Registered Foreign Attorney<br>Licensed to Practice Law in Florida<br>Licensed to Practice Law in New York<br>Licensed to Practice Law in Texas<br>1110 Brickell Avenue, Suite 400K-288, Miami, FL, US 33131<br>Telephone: 954-249-2230<br>cjb@courtneyjaredbannan.com |

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certifies that on October 3, 2024, he filed the foregoing on the Court's CM/ECF system, which will send electronic notification to all counsel of record.

Dated: **October 2, 2024**

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong (E.D. Tex. # 333687)
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com