# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL BIRD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KRONOS SOLAR, LLC<br><br>AND PACKRONOS, LLC<br><br>Defendants. | Case No. SA-24-CA-00513-XR |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties hereby stipulate to dismiss these proceedings with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). All putative class claims, and individual claims of Daniel Bird are dismissed with prejudice. Each party shall bear their own costs.

Dated: November 5, 2024                    Respectfully submitted,

| | |
|---|---|
| By:  /s/ Andrew Roman Perrong<br>*Andrew Roman Perrong, Esq.*<br>*Perrong Law LLC*<br>*2657 Mount Carmel Avenue*<br>*Glenside, Pennsylvania 19038*<br>*Phone: 215-225-5529 (CALL-LAW)*<br>*Facsimile: 888-329-0305*<br>*a@perronglaw.com*<br><br>*Counsel for Plaintiff* | By: /s/ Courtney Jared Bannan, Esq.<br>*106 S. Federal HWY, Number 854*<br>*Fort Lauderdale, Florida 33301*<br>*954-249-2230*<br>*cjb@courtneyjaredbannan.com*<br><br>*Counsel for the Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 5th day of November, 2024.

By: */s/ Andrew Roman Perrong*